### F. C. FISHER v. MONTVALE LUMBER COMPANY.

(Filed 13 December, 1913.)

APPEAL by plaintiff from *Long, J.*, at October Term, 1912, of SWAIN.

Civil action tried upon this issue:

1. Did the female plaintiff and defendant corporation make the contract as alleged in the fifth allegation of the first cause of action of the complaint? Answer: No.

The plaintiff appealed.

*F. C. Fisher for plaintiff.*

*Frye, Gantt & Frye, W. L. Taylor, and Bryson & Black for defendant.*

SCHOOL TRUSTEES *v.* BARKER.

PER CURIAM. When this appeal was before us at last term the plaintiff was granted a *certiorari* to bring up a corrected case on appeal. This is now before us in a very imperfect form, consisting practically of a copy of the judge's notes of the evidence.

Nevertheless, we have considered what purports to be the plaintiff's exceptions. We find them to be without merit. The controversy appears to be one almost exclusively of fact, and is settled by the finding of the jury.

No error.